# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Maria Mack, as Personal Representative of the Estate of Blaine H. Mack, Decedent, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| BNSF Railway Corporation, a Delaware corporation, and CUSA ES, LLC, d/b/a Coach America Crew Transport, | ) ) ) ) | |
| Defendants. | ) ) | Case No. 1:13-cr-025 |

Before the court are motions for attorney Thomas M. Flaskamp to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Thomas Flaskamp has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 3 and 4) are **GRANTED**. Attorney Thomas Flaskamp is admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2013.


*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge